UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, THEODORE GINNERY and CHARLIE ST. CLAIR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MATT BLUNT, DORN SCHUFFMAN, DIANE McFARLAND, KAREN ADAMS, MELISSA RING, M. BELLEW-SMITH, JULIE INMAN, JAY ENGLEHART, ALAN BLAKE, LINDA MEADE and UNKNOWN MSOTC MEMBERS, <br><br> Defendants. | No. 4:05-CV-00373-RWS |

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this  22  day of    June   , 2005.

_____
**UNITED STATES DISTRICT JUDGE**